People ex rel. Fisher v Dannhauser (2025 NY Slip Op 04075)

People ex rel. Fisher v Dannhauser

2025 NY Slip Op 04075

Decided on July 8, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 8, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
PAUL WOOTEN
DEBORAH A. DOWLING
JANICE A. TAYLOR, JJ.

2025-07494 DECISION, ORDER & JUDGMENT

[*1]The People of the State of New York, ex rel. Alexandra Fisher, on behalf of A.C., petitioner, 
v
Jess Dannhauser, etc., respondent.

Twyla Carter, New York, NY (Samuel Roberts and Alexandra Fisher pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Elizabeth Goliela, and Timothy Shortt of counsel), for respondent.

Writ of habeas corpus in the nature of an application to release A.C. upon her own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 72031/2024. Application by the petitioner to seal the papers filed in connection with the application for a writ of habeas corpus and for a waiver of costs, fees, and expenses.
ORDERED that the branch of the application which is to seal the papers filed in connection with the application for a writ of habeas corpus is denied; and it is further,
ORDERED that the branch of the application which is for a waiver of costs, fees, and expenses is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and that branch of the application is otherwise denied as academic; and it is further,
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
MILLER, J.P., WOOTEN, DOWLING and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court